UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 24-7840 MWF (MARx)**                                    Date:  October 29, 2024

Title   *Edgar Calderon v. TD Bank USA, N.A., et al.*

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed by Defendant TD Bank USA, N.A. ("TD Bank") on September 13, 2024. (Docket No. 1).  On October 2, 2024, Defendant Trans Union LLC filed a Notice of Settlement.  (Docket No. 15).  On October 21, 2024, Defendant Equifax Information Services LLC ("Equifax") filed its Answer to Plaintiff's Complaint. (Docket No. 17).  On October 28, 2024, Plaintiff filed a Notice of Settlement with Defendant Equifax.  (Docket No. 18).  Defendant Experian Information Solutions, Inc. ("Experian") has not entered an appearance.

The Court **ORDERS** the parties to **SHOW CAUSE** (the "OSC") by no later than **NOVEMBER 12, 2024**, why defaults should not be entered or this matter should not be dismissed for lack of prosecution.  In response to this OSC, the Court will accept the following:

- Defendant TD Bank shall file its response to the Complaint; alternatively, if an Answer was filed in superior court, that Answer must be lodged on the docket in this action.
- Plaintiff shall file proof of service as to Defendant Experian.  The Court notes that Defendant TD Bank included Experian's informal consent to the removal at Docket No. 1-9.  Once proof of service has been filed, Experian must timely respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-7840 MWF (MARx)**                                        Date:  October 29, 2024

Title       ***Edgar Calderon v. TD Bank USA, N.A., et al.***

- ■ If TD Bank and/or Experian do not timely respond to the Complaint, Plaintiff shall file applications to the clerk to enter default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.